**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RUDOLPH F. PAPA,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | **No. 19-846** |
| | : | |
| **MIHAI DIAMANDI, M.D.,** *et al.,* | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **13**th day of **February 2020**, upon consideration of

Defendants Main Line Health Systems (Parent), Main Line Health Inc., Riddle

Hospital, Paoli Hospital, Bryn Mawr Hospital, MLH Affiliate Entities, and Mihai

Diamandi, M.D.'s Motion to Dismiss (ECF No. 17) and Defendant David A

Thomas, D.O., Ph.D.'s Motion to Dismiss (ECF No. 18), and in accordance with

the accompanying memorandum, it is **ORDERED** that the Motions (ECF Nos. 17,

18) are **GRANTED** and the Amended Complaint (ECF No. 3) is **DISMISSED**

**WITH PREJUDICE**.

The Clerk of Court is **DIRECTED** to **CLOSE** this matter.

**BY THE COURT:**

**CHAD F. KENNEY, JUDGE**